1   Gail E. Cohen (SBN 93210)
    gcohen@mail.hinshawlaw.com
2   Misty A. Murray (SBN 196870)
    mmurray@mail.hinshawlaw.com
3   HINSHAW & CULBERTSON LLP
    633 West 5th Street
4   47th Floor
    Los Angeles, CA 90071-2043
5   Telephone:  213-680-2800
    Facsimile:   213-614-7399
6

7   Attorneys for Defendant
    Metropolitan Life Insurance Company
8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13  GAYLA ROZEN,                          Case No. 2:14-CV-00610-MCE-CKD

14          Plaintiff,                    Honorable Morrison C. England, Jr.

15      vs.                               **ORDER GRANTING
                                          STIPULATION AND REQUEST
16  METROPOLITAN LIFE INSURANCE           TO CONTINUE ERISA TRIAL
    COMPANY and DOES 1 to 100,            AND RELATED DATES**
17
            Defendants.                   [Stipulation submitted concurrently]
18

19

20                                        Complaint Filed: March 5, 2014

21

22

23

24

25

26

27

28

INSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1   Having reviewed the Stipulation of Plaintiff Gayla Rozen and Defendant

2  Metropolitan Life Insurance Company regarding their request for continuance of the

3  ERISA trial date and related deadlines to accommodate the scheduling of a

4  mediation on September 15, 2015, and for good cause shown, IT IS HEREBY

5  ORDERED THAT the Defendant shall certify and lodge an electronic copy of the

6  complete Administrative Record on CD/DVD or portable hard drive with the Court

7  by **September 29, 2015**.  IT IS FURTHER ORDERED that the parties' opening

8  briefs shall be filed by **September 29, 2015**, and oppositions shall be filed by

9  **October 20, 2015.  Replies shall be filed in accordance with Eastern District of**

10 **California Local Rule 230.**  Hearing on such motions shall be on **November 12,**

11 **2015, at 2:00 pm in Courtroom 7.**

12   **IT IS SO ORDERED**.

13 Dated:  July 17, 2015

14

15 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE

16 UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE ERISA TRIAL AND RELATED DATES
36074777v1 0963245