UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLA ROZEN,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 to 100,<br><br>    Defendants. | Case No. 2:14-CV-00610-MCE-CKD<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br><br>Complaint Filed: March 5, 2014 |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

HINSHAW & CULBERTSON LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1
ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE
36106598V1 0963245